UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

United States of America )
 )
v ) CR207-00013-001
 )
DEBBIE ANITA BRADLEY )
AKA )
DEBBIE WHITE )

## ORDER

On June 21, 2007, the above-named defendant was sentenced to twenty-one months imprisonment after pleading guilty to the offense of misprison of a felony in violation of 18 U.S.C. § 4.

On July 25, 2007, attorneys Ronald E. Harrison and Kevin Gough filed a notice of appearance on behalf of the defendant. In order to allow the defendant's attorneys sufficient time to consult with the defendant and examine all post sentencing and appellant issues, the Court hereby extends the defendant's voluntary surrender date from August 2, 2007 to October 1, 2007. The Court orders that the previously imposed conditions of bond remain in effect until the defendant surrenders to the facility designated by the Bureau of Prisons.

The Court further authorizes the United States Probation Office to provided the defendant's attorneys with a copy of the presentence report.

SO ORDERED, this 26 day of July, 2007.

Judge, U.S. District Court